STATE OF NEW JERSEY v. EDWARD M. CROOKS.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER DE ARMAS.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAVIER ARROYO.

March 21, 1988.

Petition for certification denied.

DEPARTMENT OF CORRECTIONS v. NEIL HUNTERSON.

March 31, 1988.

Petition for certification denied.